MICHIGAN DEPARTMENT OF CORRECTIONS

**MISCONDUCT REPORT**

CSJ-228
10/10   4835-3228

| Prisoner Number: 266511 | Prisoner Name: Reyes | | Facility Code: JCF | Lock: A-56 | Violation Date: 6-21-2022 |
|---|---|---|---|---|---|

| Time and Place of Violation: 1455 A unit | Contraband Removal Record Provided to Prisoner? ☐ Yes  Date _____ ☒ N/A |
|---|---|

| Misconduct Class: ☐ I  ☒ II  ☐ III    Charge(s): Disobeying a Direct Order |
|---|

**Describe Violation** (If contraband involved, describe in detail; identify any other employee witnesses):

At approx 1455 hrs inmate Reyes 266511 (A-56) came down to base and began standing behind the officers desk by the hallway. I gave him a direct order to leave and he stated "I'm waiting for the arus." I stated "There is no arus now go away" and he stated "you can't make me go away" and began walking through the hallway. PC Crowley stated "if the officer told you to leave then leave, go away." Inmate Reyes still refused to leave the area and began getting loud yelling that this officer cannot make him go away. I ordered him to leave several times and he refused. I then ordered inmate Reyes from 2 ft away to turn around and be cuffed and he stated "you're not cuffing me" and began to walk away and go upstairs. As I followed him he went into his cell and ordered him approx 3 more times to cuff up and he continued walking away and tellimg me he wasn't going to cuff him. I called for assistance and when other officers arrived only then did inmate Reyes allow himself to be restrained. At no time did he comply with any of the several orders given to him by me but only to argue with me and walk away after being ordered to be handcuffed.

Id by cell locator and OTIS

| Reporting Staff Member's Name (Print) D. Keiser | Reporting Staff Member's Signature *D. Keiser* | Date and Time Written 6-21-2022  1615 |
|---|---|---|

**REVIEW**

Location/Verification/Condition of Evidence: misconduct Re-Reviewed on 6-21-22 @ 1920 hours with proper HIU Communication. Prisoner Reyes is HIO His primary is voice w/o Hearing aids. I utilized his primary during Review. Reyes stated he could hear me. aids the given

| Elevated to Class I at review: ☒ No  ☐ Yes | If "yes", explain reason: Due to the nature of the misconduct - Per Lt Ross |
|---|---|

**COMPLETE THIS SECTION ONLY FOR REVIEW OF CLASS I MISCONDUCT**

| Status Pending Hearing: Reason if Non-Bond: ☐ Bond  ☐ Non-Bond List  ☒ Confinement to Cell/Room  ☒ Bond Revoked (must give reason) ☐ Segregation  ☐ Other Due to the nature of this misconduct |
|---|

| Date and Time Given this  Status: 6-21-22   1745 | Who Notified in Housing Unit of Status: Keiser |
|---|---|

| Hearing Investigator Requested? ☐ No  ☒ Yes | Witnesses Requested? ☒ No  ☐ Yes if yes, list: | Hearings Investiga JUL 07 2022 Austin |
|---|---|---|

| Relevant Documents Requested? ☒ No  ☐ Yes If yes, list: |
|---|

| Additional Comments: N/A | Prisoner Waives 24 Hour Notice of Hearing? ☒ No  ☐ Yes Hearing Date: 6-23-22 |
|---|---|

| Reviewing Officer's Name (Print) Sgt McLeod | Reviewing Officer's Signature *Sgt McLeod* | Review Date and Time 6-21-22  1745 |
|---|---|---|

| I have received a copy of this report.  My signature does not necessarily mean that I agree with the report. ☒ Prisoner refused to sign.  Copy given to prisoner | Prisoner's Signature | Date |
|---|---|---|

**WAIVER OF CLASS II OR III HEARING**

| I understand I have a right to a hearing.  I waive my right to a hearing and plead guilty to all charges.  I also waive my right to appeal and accept the sanctions imposed. | Prisoner's Signature | Date |
|---|---|---|

**SANCTIONS IMPOSED** (Hearing Investigator enters begin and end dates for Class II misconducts)

| ___ Days Toplock | Begins: ___ | Ends: ___ | ☐ Counseling/Reprimand (Class III only) |
|---|---|---|---|
| ___ Days Loss of Privileges | Begins: ___ | Ends: ___ | ☐ $ ___ Restitution (Class II only) |
| ___ Hours Extra Duty | Begins: ___ | Ends: ___ | |

Property Disposition If Applicable: ___

| Employee Accepting Plea and Imposing Sanction (Print) | Employee's Signature | Date |
|---|---|---|

| Hearing Investigator's Name (Print) | Hearing Investigator's Signature | Date |
|---|---|---|

Distribution: Prisoner; Counselor File; Record Office File (Class I and II); Central Office File (Class I); Hearing Investigator (Class I & Class II)

ATTACHMENT 1

EX 8 GG

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I _____ Grievance Identifier: [ JCF | 22 | 06 | 1 | 0 | 4 | 2 | 27A ]

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Tyrone L. Reyes | 266511 | JCF | A-56 | 6-21-22 | 6-22-22 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 6-21-22
If none, explain why.

I tried resolving the issue with Ofc. Keiser with P.C Crowley, to no avail. This is not a duplicate: one person (Keiser) one issue (retaliation)

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

Around 2:50pm P.C. Crowley gave me permission to come into his office. I told him that Ofc. Keiser keep telling me to lock down, and I told him that I'm not on any type of sanction. P.C Crowley allowed ~~XXXXXXXXX~~ Ofc. Keiser to kick me out of his office. Those are the facts of the incident.

Issue: Ofc. Keiser violated Policy PD 03.03.130 and retaliate against me by writing a bogus misconduct. I am not grieving a ticket, I am grieving the fact that I told him I was writing a grievance on him earlier.
Review video footage around 2:20pm to 3:30pm.

_Tyrone L. Reyes_
Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☒ No    If No, give explanation. If resolved, explain resolution.)

Respondent's Signature _____ Date _____

Respondent's Name (Print) _____ Working Title _____

Reviewer's Signature _____ Date _____

Reviewer's Name (Print) _____ Working Title _____

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

MICHIGAN DEPARTMENT OF CORRECTIONS

*HID*

4835-4248  5/09
CSJ-247B

**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

Date Received by Grievance Coordinator
at Step II: 7-7-22

Grievance Identifier: JCF|2|2|0|6| |1|2|4|2| |2|7|A|

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

AUG 1 9 2022

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _____
GC _____ by 7-12-22 . If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Tyrone L. Royes | 266511 | JCF | D-56 | 6-21-22 | 7-6-22 |

**STEP II — Reason for Appeal** Grievant has a constitutional Right to grieve an issue if he feels it's a retalitory act. Grievant is not violating policy by grieving a misconduct as stated in the grievance. OFC. Keiser action on 6-21-22 is retaliation for grievant telling him he was filing paperwork on him for denying him Access to the court. This grievance was illegally rejected. This office should review the evidence and make the proper decision.

**STEP II — Response**

Date Received by Step II Respondent: 7/8/2022

See Attached

JUL 12

NOAH NAGY
Respondent's Name (Print)

[signature]
Respondent's Signature

07/11/2022
Date

Date Returned to Grievant: 7-12-22

**STEP III — Reason for Appeal** I did not file a grievance on the misconduct, I filed this grievance accordingly to policy of retaliation against the officer. This is a pattern of staff corruption at JCF. I did not receive my step II response back until 8-4-22, It went to D-unit. I am now in A unit.

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III — Director's Response is attached as a separate sheet.**

DISTRIBUTION: White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant



*A-56*

# STATE OF MICHIGAN
## DEPARTMENT OF CORRECTION
### LANSING

GRETCHEN WHITMER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

## STEP III GRIEVANCE DECISION

Rec #:  136988

27A



**Grievance Identifier:**   JCF-22-06-1242-27A

**Step III Received:**   8/10/2022

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

## THE REJECTION IS UPHELD.

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.   AUG **2 3** 2022

**Richard D. Russell, Manager Grievance Section, Office of Legal Affairs**

CC: Warden, Current Facility:   JCF
    Warden, Grieved Facility:

AUG 29 '22 AM 1 :37

## G. Robert Cotton Correctional Facility

### *Step II Grievance Response*

**Grievant: Reyes # 266511**

**Grievance #:** JCF-2022-06-1242-27A

---

**I have reviewed the Step I grievance, Step I response along with the associated Step II reason for appeal.** The Step I grievance was rejected for the complaint being filed on a non-grievable issue. At Step II you dispute the rejection.

**Grievance Rejected**
PD 03.02.130 "Prisoner/Parolee Grievances" defines what is grievable and non-grievable. The grievance filed is a decision by hearing Officer. The grievance shall not be rejected if there is a valid reason for the delay; e.g. transfer.

The step I rejection has been reviewed by the Warden's office in accordance with P.D. 03.02.130 "Prisoner/Parolee Grievances" and the **REJECTION IS UPHELD AT STEP II**

**Noah Nagy, Warden**                              07/11/2022
**Respondent's Name/Position**        Respondent's Signature        Date

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-_-__ __
CSJ-247A

Date Received at Step I _____     Grievance Identifier: | | | | | | | | | | |S|7| |3|3|B|

---

**Be brief and concise in describing your grievance issue.** If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Tyrone L Reyes | 266511 | JCF | A-56 | 6-22-22 | 6-22-22 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? ___6-22-22___
If none, explain why.

I tried resolving this issue on this day with Ofc Mosley to no avail.

This is not a duplicate to any other grievance.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. On the above date at approx 7:20am, I ask Mosley to call a P.C. or the RUM. He stated Crowley who knew about it will tell him. I explained that P.C. Crowley was part of the reason IM on Temp Seg, Ofc. Mosley went on to say,"no, no, you got into it with that level IV officer. I repeated that I need to send My legal mail out.

On this day, I was denied to send important Legal mail out. This violates policy "Access to the Court."

Request Video footage for _____ Tyrone L Reyes
_____ 7:20am. If ar _____          **Grievant's Signature**
for _____

---

RESPONSE (Grievant Interviewed?  ☐ Yes  ☐ No   If No, give explanation. If resolved, explain resolution.)

---

_____        _____        _____        _____
Respondent's Signature          Date           Reviewer's Signature            Date

_____        _____        _____        _____
Respondent's Name (Print)       Working Title  Reviewer's Name (Print)         Working Title

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | |
|---|---|---|
| | Grievant's Signature | Date |

DISTRIBUTION:  White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

## G. Robert Cotton Correctional Facility

### *Step II Grievance Response*

**Grievant: Reyes** # 266511

**Grievance #:** JCF-2022-06-1257-28B

---

**I have reviewed the Step I grievance, Step I response along with the associated Step II reason for appeal.** The Step I grievance was rejected for the complaint being filed on a non-grievable issue.   At Step II you dispute the rejection.

**<u>Grievance Rejected</u>**
PD 03.02.130 "Prisoner/Parolee Grievances" defines what is grievable and non-grievable. The Step I grievance was rejected as vague/illegible/EXTRANEOUS INFORMATION. Per PD 03.02.130 Grievance is vague as to what the main issue is or who you are grieving. Grievances need to state who, what, when, where why and how.

The step I rejection has been reviewed by the Warden's office in accordance with P.D. 03.02.130 "Prisoner/Parolee Grievances" and the **REJECTION IS UPHELD AT STEP II**

**Noah Nagy, Warden**                                                                        07/11/2022
**Respondent's Name/Position**          Respondent's Signature                Date

*HID

MICHIGAN DEPARTMENT OF CORRECTIONS

4835-4248 5/09
CSJ-247B

**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

Date Received by Grievance Coordinator ___ 07 ___ Grievance Identifier: |S|C|F|2|2|0|6| |1|2|5|7| |2|8|B|
at Step II: **7-7-22**

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

RECEIVED MDOC
AUG 1 0 2022
Office of ... ...

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _____
_____ **GC** _____ by **7-13-22** . If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Tyrone L. Reyes | 266511 | JCF | D-56 | 6-22-22 | 7-6-22 |

**STEP II — Reason for Appeal** Grievant is within the rules of policy when he gave a date (6-22-22), time (approx. 9:20am), name (Moseley) and issue (Denying access to court) for not getting a ARUS, P.C. or RUM to pick up my legal mail since I was on nonbond segregation status. This grievance was illegally rejected for being vague and not providing information on any specific policy violation. I request this office to go over the evidence and rule accordingly.

**STEP II — Response**

| Date Received by Step II Respondent: |
|---|
| 7/8/2022 |

*See Attached*

NOAH NAGY _____ [signature] _____ 07/11/2022

| Date Returned to Grievant ON |
|---|
| JUL 12 ... |
| 7-13-22 |

Respondent's Name (Print) — Respondent's Signature — Date

**STEP III — Reason for Appeal** Grievance process at JCF shows a pattern of staff corruption, I did not receive my step II response back until 8-4-22, I was told it went to D-Unit and it was a Mistake. Since I'm in A-Unit, I followed policy PD 03.02.130

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III —** Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant



# STATE OF MICHIGAN
GRETCHEN WHITMER
GOVERNOR
# DEPARTMENT OF CORRECTION,
## LANSING
HEIDI E. WASHINGTON
DIRECTOR

## STEP III GRIEVANCE DECISION

Rec #:    136995
28B

A5U



**Grievance Identifier:**    JCF-22-06-1257-28B

**Step III Received:**    8/10/2022

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

## THE REJECTION IS UPHELD.

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.    AUG **2 3** 2022

**Richard D. Russell, Manager Grievance
Section, Office of Legal Affairs**

CC: Warden, Current Facility:    JCF
    Warden, Grieved Facility:

Ex II

To: Ms. Napier,
Admin. Ass.

From: Tyrone L. Reyes,
266511 (A-56)

Date: 6-23-22


Ms. Napier, I will respectfully ask that you call me out to discuss a major concern about several issues that this administration is not taking seriously. I want to be able to show you document to back up my claims. I want to also discuss iss in which I'd notified Dir. Heidi Washington.

I wrote three grievances and becaus G.C. Cobb rejected two of them thusfar. This is an illegal tactic he keep using to protect the good old boy network. Our grievance process is being misused and once rejected, it does not get investigated.

Can you please call me out to resolve this issue?

Thank You!
Tyrone L. Reyes

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I _____ Grievance Identifier: | | | | | | | | | | | | |

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|

What attempt did you make to resolve this issue prior to writing this grievance? On what date?
If none, explain why.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

_____
Grievant's Signature

**RESPONSE** (Grievant Interviewed? ☐ Yes ☐ No   If No, give explanation. If resolved, explain resolution.)

| Respondent's Signature | Date | Reviewer's Signature | Date |
|---|---|---|---|
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | |
|---|---|---|
| | | Grievant's Signature / Date |

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

EX3

**MICHIGAN DEPARTMENT OF CORRECTIONS**                                        CSJ-31
**DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL – PRISONER)**    REV. 11/15  4835-3318

Please PRINT clearly, illegible and/or incomplete forms will not be processed.

Lock _____ Institution _____

Prisoner Number _____     Prisoner Name _Tyrone L Reyes_
                          Type or Print Clearly

☐ Legal Postage    ☐ Filing Fee    $ _____    ☐ Certified Mail (Must Be a Court Ordered Requirement)

☐ New Case    ☐ Case Number _____

Pay To _____

Mailing Address _____

_____

_____

**The Following Section Must Be Completed In Authorizing Staff Member's Presence**

Prisoner Signature _Tyron L Reyes_    Date & Time Submitted _6-23-22 / 0744_

Received by _P.P. M. Dru_            Staff Signature _M. _
Type or Print Name & Title

Date & Time Received by Authorizing Staff _6-23-22 / 0744_    _M. _

**Authorization Denied**

☐ Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118

☐ Not hand delivered to authorizing staff member          ☐ New case or case number not on form

☐ Does not include court order for handling as certified mail    ☐ Other (explain) _____

☐ Prisoner refused to sign & date in staff member's presence    _____

_____

Denied by _____    Signature _____
Type or Print Name & Title

**Section Below to be Completed by Mail Room Staff**

Placed in Mail by _Brookfen GOA_    Signature _____
Type or Print Name & Title

Postage Amount $ _2.56_    Date Placed in Outgoing Mail _6-24-2022_

**Only Business Office Staff are to Write in the Section Below**

Postage  $ _____    Total Obligation  $ _____    ☐ Court Filing Fee Denied Due to NSF

Filing Fee  $ _____    Check # _____

Date Copy Sent to Prisoner _____

Processed by _____    Signature _____
Type or Print Name & Title

DISTRIBUTION: ☐ Prisoner Accounting   ☐ Prisoner   ☐ Counselor's File   ☐ Prisoner

MICHIGAN DEPARTMENT OF CORRECTIONS

**CLASS I MISCONDUCT HEARING REPORT**

ExKK    CSJ-240B   Rev. 10/10

| Prisoner<br>**266511** | Prisoner Name<br>**Reyes** | | Facility Code<br>JCF | Lock<br>D-56 | Violation Date<br>**06/21/2022** |
|---|---|---|---|---|---|

Charge(s)

**(020) Disobeying a Direct Order**

| If Charge Changed by Hearing Officer: | Plea<br>☐ Guilty    ☒ Not Guilty |
|---|---|

| Misconduct Report Read to and Discussed with Prisoner ☒ (check if applies) | No Hearing Investigation Requested |
|---|---|
| Hearing Investigation Read to and Discussed with Prisoner ☒ (check if applies) | ☐ (check if applies) |

**EVIDENCE/STATEMENTS IN ADDITION TO MISCONDUCT REPORT**

The hearing was conducted by video with the prisoner present. The prisoner was confined since June 21. The hearing was timely held on the 5th business day after confinement. The hearing packet consists of the Misconduct Report (1 page), Hearing Investigation Report (1 page), statement from the prisoner (4 pages), email from P.C. Crowley (1 page), Memorandum from Hearings Investigator (1 page), CSJ-572C (1 page), HID list (1 page), and Offender Restriction Filter Report (1 page).

**Continued on page 2.

Austin

JUL 0 7 2022

Hearings Investigator

**REASONS FOR FINDINGS**

Due process: the prisoner has a hearing impairment. His preferred method of communication is voice without hearing aid. ALJ spoke loudly and deliberately during the hearing. ALJ finds that the prisoner was able to understand and communicate effectively with ALJ based on his ready communications with ALJ and appropriate responses to questions. In addition, the prisoner said that the reviewing sergeant spoke loud enough for the prisoner to hear him. The Hearings Investigator also documented that the prisoner could hear her. ALJ finds that the prisoner was able to communicate and participate meaningfully in every stage of the hearings process. There was no due-process violation.

**Continued on page 2.

**PROPERTY DISPOSITION (for contraband see PD 04.07.112)**

**FINDINGS**

| | | | | |
|---|---|---|---|---|
| Charge No. 1 | ☒ Guilty | ☐ Not Guilty | ☐ Dismissed | Reporting Code <u>020</u> |
| Charge No. 2 | ☐ Guilty | ☐ Not Guilty | ☐ Dismissed | Reporting Code ___ |
| Charge No. 3 | ☐ Guilty | ☐ Not Guilty | ☐ Dismissed | Reporting Code ___ |
| Charge No. 4 | ☐ Guilty | ☐ Not Guilty | ☐ Dismissed | Reporting Code ___ |

**DISPOSITION (select one or more) (Toplock & LOP Sanctions End at 6:00 am)**

| | | Begins | Ends | | | |
|---|---|---|---|---|---|---|
| ___ | Days of Detention | ___ | ___ | ___ | Days Credit | |
| ___ | Days Top Lock | ___ | ___ | ___ | Hours Extra Duty | |
| 14 | Days Loss of Privileges | **06/28/2022** | **07/12/2022** | $ ___ | Restitution | |

| Misconduct Hearing Report personally handed to Prisoner by Hearing Officer on this date: _____ (Check if Applies) ☐ | Hearing Report given to Staff Member by Hearing Officer for Delivery to Prisoner this date: **7/1/2022** (Check if Applies) ☒ |
|---|---|
| Date of Hearing **06/28/2022** | Name of Staff Member    **HI Austin - JCF** |

| Hearing Officer's Name<br>071 Schneider | Hearing Officer's Signature<br>*ALE Schmidt* | Date<br>7/01/2022 |
|---|---|---|

DISTRIBUTION ☐ Record Office ☐ Central Office File ☐ Prisoner ☐ Counselor File ☐ Hearing Investigator

ATTACHMENT 1

MICHIGAN DEPARTMENT OF CORRECTIONS

CSJ-240D  12/90
4835-4243

**CLASS I MISCONDUCT**            **HEARING REPORT – Continuation Page No.** ___2___
(Type of Hearing)

| Prisoner Number | Prisoner Name | Institution | Violation/Notice Date |
|---|---|---|---|
| 266511 | Reyes | JCF | 6/21/2022 |

(Continued from Page One: Evidence/Statements):

Prisoner's testimony: the prisoner pled not guilty.  ALJ asked the prisoner if he was told to leave the area, and he said, "No sir."  ALJ asked what the officer told him, and he said, "Just kept telling me I had to lock down.  I was like, 'Why do I have to lock down?'  He said there was no ARUS, and I said the ARUS is coming and said I could meet with him."  ALJ asked the prisoner his preferred method of communication, and he said, "I can hear you just fine."  ALJ asked if he could hear the sergeant at review, and he said, "Yes sir."  ALJ asked if he has hearing aids, and he said, "I do, but I'm not used to them, so I hardly use them, so they my secondary option."  ALJ asked the prisoner if he had anything else to add, and he said, "No."

Video: at 14:55:22, Officer Keiser (sitting behind desk) spoke to Prisoner Reyes (white shirt, blue pants) as Reyes walked toward the desk.  Reyes walked behind the desk and stood by the drinking fountain.  At 14:55:47, Reyes turned to face Keiser as they spoke.  Keiser pointed away from the desk toward base while speaking to Reyes.  At 14:55:56, Keiser pointed again.  At 14:56:01, Reyes had turned from Keiser and spoke to PC Crowley (black shirt) as Crowley was returning to his office.  Reyes said something to Keiser, who jumped up out of his chair at 14:56:11.  Keiser walked toward Reyes, who walked away down the hall.  At 14:56:20, Keiser caught up with Reyes at Crowley's office, spoke to him, and pointed back toward base.  Reyes pointed into the office and spoke to Crowley.  At 14:57:09, Keiser spoke to Reyes and again pointed down the hall, and Reyes finally left.

(Continued from Page One: Reasons for Findings):

Disobeying a Direct Order is a prisoner's "[r]efusal or failure to follow a valid and reasonable order of an employee." MDOC PD 03.03.105B.  Normally, orders must be obeyed fully and immediately so that control and order can be maintained.  An exception exists if compliance "would create a significant risk of serious harm"; it's the prisoner's burden to establish.  Hearings Handbook(V)(G)(4), pages 48-49.  Based on the report and the prisoner's admission, ALJ finds that the prisoner was given an order to leave the desk area, heard it because he was in a conversation with the officer and because the officer pointed away while speaking, and refused it.  The order was facially valid and reasonable because prisoners are required to follow officer movement orders at all times.  The prisoner does not claim any exception, such as risk, but he claims that he had authorization from Crowley to go to the office.  There are two defects in that argument: first, the officer had already given the order to leave and pointed away before the prisoner spoke to Crowley, so the offense was already complete when the prisoner did not immediately leave.  Second, the officer is custody staff, and his order to leave override any authorization the prisoner had to be there.  The elements of the offense are met, and the charge is upheld.  The prisoner was informed of the findings, sanction, and sanction dates.

The Misconduct Sanction Assessment is held confidential to avoid disseminating protected health information.
END OF REPORT.

Hearings Investigator

JUL 0 7 2022

Austin

| HEARING OFFICER'S NAME & CMIS CODE (Typed) | Copy of Hearing Report personally handed to Prisoner by Hearing Officer this date | (check if applies) ☐ |
|---|---|---|
| ALE Schneider 071 | | |
| HEARING OFFICER'S SIGNATURE | Copy of Hearing Report Given to Staff Member by Hearing Officer for Delivery to Prisoner this date 7/1/2022 | (check if applies) ☒ |
| s/ ALJ Schneider | Date of Hearing 6/28/2022 | (Name & Clock No. of Staff Member) HI Austin - JCF |

DISTRIBUTION:  White – Institution;  Green – Central Office;  Canary – Prisoner;  Pink – Visitor/Counselor;  Goldenrod – Hearing Investigator

**MICHIGAN DEPARTMENT OF CORRECTIONS**

**REQUEST FOR REHEARING RESPONSE**

JCF

| 092 |

| PRISONER NUMBER | Name: | | Facility: |
|---|---|---|---|
| 266511 | Reyes | | JCF |

| Misconduct Date: | Hearing Officer: | Hearing Date: | Received Date | | |
|---|---|---|---|---|---|
| 6/21/2022 | 071 | 6/28/2022 | 7/26/2022 | P | ☐ Warden RFR ☑ Prisoner RFR |

| 1st Charge | 0 | 020 - Disobeying a Direct Order (DDO) |
|---|---|---|
| 2nd Charge | | |
| 3rd Charge | | |
| 4th Charge: | | |

◄ **REHEARING DECISION** ►

A request for rehearing in the above referenced matter is submitted by the prisoner who continues to argue his case.

PD 03.03.105 "Prisoner Discipline" and its attachments contain the definitions of the misconduct charges and gives notice of how and what a prisoner may be charged with and that a rehearing shall be granted only for the following reasons:

1. The record of testimony made at the hearing is inadequate for the purpose of judicial review.
2. The hearing was not conducted pursuant to applicable statutes or policies and rules of the Department and the deviation from policy, rule, or statue resulted in material prejudice to either party.
3. The due process rights of the prisoner have been violated.
4. The decision of the hearing officer is clearly not supported by competent, material, and substantial evidence on the whole record.
5. The officer who conducted the hearing was personally biased.

In this case, the prisoner was charged with and found guilty of Disobeying a Direct Order (DDO). All relevant issues were adequately addressed by the Administrative Law Judge (ALJ) in the hearing report. While the prisoner alleges at Request for Rehearing that there was a due process violation by the absence of witnesses and answers to questions, the record indicates that the prisoner did not request any documents or witnesses at review. The prisoner also did not raise these issues at the hearing. The prisoner offers no new verifiable evidence not available at the original hearing.

A rehearing is granted only when it appears a prisoner may not have received due process (when at least one of the 5 elements above have been met), or in the rare case when new, verifiable, and relevant evidence is presented that was not available at the time of the hearing. None of these conditions has been met.

The hearing was conducted pursuant to applicable statute, and policy and rules of the Department. The decision of the hearing officer is supported by competent, material, and substantial evidence on the whole record. No bias is apparent and there is insufficient evidence presented on appeal that would support granting a rehearing on the matter.

The Request for Rehearing is DENIED.

| Decision: | ☐ Approved ☑ Denied | ☐ Returned without action; Not filed within 30 calendar days | | Date Mailed: |
|---|---|---|---|---|
| | RICHARD D. RUSSELL, HEARINGS ADMINISTRATOR | | | MAILED SEP 01 2022 |

31903

CSJ-418
REV. 10/10
4835-3418

**_AN DEPARTMENT OF CORRECTIONS_**
**QUEST FOR REHEARING**

## INSTRUCTIONS

**RECEIVED - MDOC**
**JUL 26 2022**
**Office of Legal Affairs**

1. This form is to be used only to request reconsideration of the decision of a hearing officer on one of the following:
   a. Class 1 Misconduct.
   b. Notice of Intent to Classify to Administrative Segregation.
   c. Special designation which permanently denies Community Residential Program (CRP) placement.
   d. Visitor restriction.
   e. High or very high risk classification.
   f. Excess legal property hearing.
   g. Special Education Individual Education Planning Committee (IEPC) hearing.
2. You MUST attach a copy of the hearing report to this request and, if appealing a misconduct hearing, a copy of the Class 1 Misconduct Report. If they are not attached, this form may be returned to you without a decision. You do not have to include a copy of the Hearing Investigation packet.
3. Submit the completed form to: Hearings Administrator, Department of Corrections, Office of Legal Affairs, P.O. Box 30003, Lansing, Michigan 48909. This form must be received by the Hearings Administrator within 30 calendar days of the date of the decision by the hearing officer.

| PRISONER'S NUMBER | PRISONER'S NAME | INSTITUTION |
|---|---|---|
| 266511 | Reyes | JCF |

| DATE OF MISCONDUCT | TYPE OF HEARING (IF MISCONDUCT, LIST CHARGES ALSO) |
|---|---|
| 06/21/2022 | Misconduct; Disobeying a Direct Order |

| DATE OF HEARING |
|---|
| 06/28/2022 |

Briefly explain why you believe a rehearing should be ordered:

A copy of the misconduct and hearing report is attached as *ATTACHMENT 1*. My basis for appeal is that (1) the record testimony made at the hearing is inadequate for purposes of judicial review (2) my hearing was not conducted pursuant to department policy and I suffered material prejudice therefrom; and (3) my due process rights were violated where the ALJ failed to place on the record why my questions to various staff witnesses as detailed in the Hearing Investigation Report (attached as *ATTACHMENT 2*) were "irrelevant". PD-03.30.105(V) *Prisoner Discipline* states that "[a]lthough the Hearing Investigator may initially determine if a question should be asked ... the ALJ has the final authority..." Also, "At a Class I hearing, any failure to call a witness, or to ask questions presented by the prisoner to a witness, must be included or addressed in the written decision and the ALJ must give specific reasons for the decision to exclude those questions or witnesses." Hearings Handbook(III)(D)(1), Page 28. Here the ALJ did not state the reasons for finding the questions irrelevant and thus, deprived me of the opportunity to have such finding placed on the record for judicial review. This deprived me of due process as well. I request a rehearing.

| SIGNATURE OF PERSON REQUESTING REHEARING | DATE |
|---|---|
| Tyrone Reyes | 7-12-22 |

**DECISION**

☒ Disapproved

**SEE ATTACHED**

☐ Approved – Rehearing Ordered
☐ Returned without action – Not filed within 30 calendar days

| HEARINGS ADMINISTRATOR | DATE |
|---|---|
| Rimell /RN | MAILED SEP 01 2022 |

DISTRIBUTION: White – Hearings Administrator; Canary – Person Requesting Rehearing



**MICHIGAN DEPARTMENT OF CORRECTIONS**
**PRISONER/PAROLEE GRIEVANCE FORM**

✱HID

4835-4247  10/94
CSJ-247A

Date Received at Step I  **11-14-22**          Grievance Identifier:  **JCF 22 11 11 23 777 28I**

~~In the space provided below describe your grievance issue. If you have any questions concerning the grievance process, refer to OP 03.02.130 and OP 03.02.130 available in the prison Law Library.~~

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Tyrone Reyes | 266511 | JCF | A-56 | 11-9-22 | 11-9-22 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date?  **11-9-22**
If none, explain why.

Asked ofc. Mosley to call
H/c. H/c refused.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

Around 8 o'clock pm, on the above date, I asked Ofc. Mosley to call H/C, because My ankle was in Severe Pain and Swelling. Unknown Jane Doe stated I could not Come under Hum Landfair authority. Jane Doe (RN) and HUM Landfair is being deliberate indifference to grievant medical needs violating policy and constitutional rights against Cruel and unusual punishment.

*Tyrone Reyes*
Grievant's Signature

___

RESPONSE (Grievant Interviewed?   ☐ Yes   ☒ No      If No, give explanation. If resolved, explain resolution.)

___

Respondent's Signature                     **11-14-22**          Reviewer's Signature                     **11/14/22**
_____                    Date              _____                    Date
T. Cobb                                     GC                T. Kiso                                    AOW
Respondent's Name (Print)        Working Title          Reviewer's Name (Print)        Working Title

| Date Returned to Grievant: **11-15-22** | If resolved at Step I, Grievant sign here. Resolution must be described above. | | |
|---|---|---|---|
| | | Grievant's Signature | Date |

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

✱HJD   EX:NN

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247  10/94
CSJ-247A

Date Received at Step I  11-14-22   Grievance Identifier: JCF | 2 2 | 1 1 | 2 3 7 8 | 2 8 I

~~[header band partly illegible]~~ ...concerning your grievance issue.  If you have any questions concerning the grievance ... OP 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Tyrone Reyes | 266511 | JCF | A-56 | 11-10-22 | 11-10-22 |

What attempt did you make to resolve this issue prior to writing this grievance?  On what date? ____ 11-10-22
If none, explain why.

Asked ofc. OJEDA to call
H/c. H/c refused.

State problem clearly.  Use separate grievance form for each issue.  Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form.  The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

Around 10 o'clock pm, on the above date, I
asked Ofc. Ojeda to call H/c, because my ankle was in
severe pain and discolorated. Ofc. spoke to RN (unknown)
Jane Doe who stated, "if he's not dying or bleeding
he can't come over." This is under Hum Landfair
direction I was told. RN Jane Doe & Hum Landfair is
being deliberate indifference to grievant injury
violating policy and constitutional right against
cruel and unusual punishment.

Tyrone Reyes
Grievant's Signature

---

RESPONSE (Grievant Interviewed?  ☐ Yes  ☒ No    If No, give explanation.  If resolved, explain resolution.)

Respondent's Signature ____    11-14-22  Date    Reviewer's Signature ____   11/14/22  Date
Respondent's Name (Print)  T. Cobb   GC  Working Title    Reviewer's Name (Print) T. Kisor   ADW  Working Title

| Date Returned to Grievant: 11-15-22 | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

EX.00

You have received a **jpay** letter, the fastest way to get mail

From   : TYRONE REYES, ID: 266511
To : Marjorie Toins,  CustomerID: 2031960
Date :  1/2/2023 10:27:14 AM EST,    Letter ID: 1667946465
Location :  TCF
Housing :  AA088BOTA


To: Karmen Bussell, RN
    MDOC

From: Tyrone L. Reyes,
      #266511 (JCF)

Date: 1/3/23

      Re: Complaint against H.U.M. S. Landfair and JCF Health Service

      RN Bussell, I hope this letter reaches you in good health. I'm writing this complaint, because I have been having several problems at this facility I injured my ankle in October and they diagnosed it as a high ankle sprain. Over a period of time I notified health care that I believe it fracture, because I'm feeling pain from my toes to my shin. I spoke to ADW Keiser, who spoke to health service and they told her I was reassessed on Dec. 13th, 2022.

      This facility is being deliberately indifference to the severe pain I'm in. I was told to contact you with this issue, because you're the regional supervisor. If this is not the case, please forward this to the person who has the authority to do something about this.

      Thank you for your time and help in this matter.


Yours truly,
Tyrone Reyes

MICHIGAN DEPARTMENT OF CORRECTIONS          10/94
**PRISONER/PAROLEE GRIEVANCE FORM**          ‑247A

Date Received at Step I _____     Grievance Identifier: | | | | | | | | | | |

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | |
|---|---|---|---|---|---|
| Tyson Reyes | 266584 | JCF | A-56 | 12-8-22 | |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? ___12-8-22___
If none, explain why.

and RN Salem___, ___I verbally talked to RN ZLoether___

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

On 12-8-22, I talked to HUM RN Loether and Nursing
Supervisor RN Salazar about me being in severe pain
due to an ankle sprain/fracture and not being treated.
I have not been checked on or treated, yet. Everytime the
HUM and Supervisor observes the _____
is being deliberate indifferent to grievant Mr. J. ___
care. This grievance has to be processed for ___
_____
R6 _____ and to be treated.

_____
Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No    If No, give explanation. If resolved, explain resolution.)

_____          _____          _____          _____
Respondent's Signature              Date             Reviewer's Signature                 Date

_____          _____          _____          _____
Respondent's Name (Print)          Working Title     Reviewer's Name (Print)              Working Title

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | |
|---|---|---|
| | | _____ Grievant's Signature |

DISTRIBUTION:   White, Green, Canary, Pink --- Process to Step One; Goldenrod — Grievant

EXCEEE B

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**PRISONER/PAROLEE GRIEVANCE FORM**

Date Received at Step I _____     Grievance Identifier: | | | | | | | | | |

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | To... |
|---|---|---|---|---|---|
| Tyree Rem... | 2... | JCF | A-56 | 12-8-2... | 1... |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? _____ 12-8-22
If none, explain why.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

_____
Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No     If No, give explanation. If resolved, explain resolution.)

_____    _____    _____    _____
Respondent's Signature           Date                    Reviewer's Signature           Date

_____    _____    _____    _____
Respondent's Name (Print)    Working Title          Reviewer's Name (Print)      Working Title

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | | |
|---|---|---|---|
| | | Grievant's Signature | Date |

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

Ex8F77

TYRONE REYES 266511 JCF Lock:A56BOTU  ID:1658570121  [P 1/1]

## You have received a **jpay** letter, the fastest way to get mail

From   : TYRONE REYES, ID: 266511
To : Marjorie Toins, CustomerID: 2031960
Date : 12/20/2022 1:49:03 PM EST,   Letter ID: 1658570121
Location : JCF
Housing : A56BOTU

TO: Warden Nagy,
    (JCF)

From: Tyrone Reyes
     #266511 (JCF)

Re: Complaint on Grievance Coord.

Warden Nagy, I have submitted several grievances over the course of several months. G.C. Cobbs, has either rejected them for bogus reasons and/or refuses to process my other grievances. I have requested Step II grievance forms for some of them and he refuses to send them to me. It seems like everytime I write a grievance on someone on the administration level he rejects them. This is an ongoing practice by the grievance coord. office and something needs to be done about it. Please investigate this matter, because several of these grievances has been about my health and due to him rejecting them, it hinders me to the point that it's not investigated, therefore causing me to endure severe pain when it could've been avoided.

These are the grievances numbers and dates:

✓ 1) 

✓ 2)

✓ 3) JCF 2210/2213/28E (refuse to send step II)

4) JCF 2210/2212/28E (refuse to send step II)

5) I submitted four grievances on 12/13/22 and placed them into unit kite box like I do on all grievances. One grievance is on Food Dir. Coffelt, Two on Health Care and HUM Landfair, and one on G.C. Cobbs for the reason I'm sending you this complaint.     12-8-22                         12-8-22

Thank you for your time in this matter and I hope that your office look into this serious complaint and correct it.

Sincerely,
Tyrone Reyes

# Michigan Department of Corrections
## Clinical Encounter

*Ex.PP*

| | | |
|---|---|---|
| Offender Name: REYES, TYRONE LEE | | Off #: 0266511 |
| Date of Birth: 08/24/1980 | Sex: M | Facility: JCF |
| Encounter Date: 01/03/2023 09:48 | Provider: Ramos-Nunez, Email | Unit: A |

Nursing Note encounter performed at Clinic.

**Barriers to Communication:** Hearing Impaired

**Method of Communication:**

Voice Communication without Hearing Aid - DHH

**Acknowledgement of Communication:**

Verbally acknowledges communication was effective

Responded and/or asked appropriate questions

Repeated or rephrased information given

**SUBJECTIVE:**

COMPLAINT 1  Provider: Ramos-Nunez, Email [ER6] RN

Chief Complaint: Pain

Subjective: Prisoner complaining of pain of the right foot and return of ACE WRAP

**Pain Location:** Foot-Right

Pain Scale: 7

Pain Qualities: Aching | Shooting

History of Trauma:

Onset: 2-6 Months

Duration: 2-6 Months

Exacerbating Factors: Moving the right lower extremity

Relieving Factors: Medication use of Motrin

Comments:

**OBJECTIVE:**

**Exam:**

**ASSESSMENT:**

Acute pain

`Prisoner ambulates independently with a pronounce limp with the right side affected. Speech is clear and appropriate, breathing even and unlabored. Prisoner into clinic for return of ACE WRAP. Prisoner complaining of right foot still "hurting". Prisoner stated this issue has been going on since October of 2022. Assessment was made of bilateral legs. Pedal pulses strong bilaterally, brisk cap refill bilaterally. +1 right foot edema, tender upon palpation of the right foot. Prisoner has also stated he's been requesting for an XRAY of the right foot for "a very long time". Chart review sent to Provider for further assessment. Prisoner voiced no further concerns at this time. RTU in NAD.

**PLAN:**

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Chart Review | 01/03/2023 00:00 | Medical Provider |

Prisoner complaining of right foot pain, further assessment needed. Had an ACE WRAP for 3 weeks.

See NURSE NOTE on 01/03/22

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

*EXGQ*

| | | | | |
|---|---|---|---|---|
| Offender Name: | REYES, TYRONE LEE | | Off #: | 0266511 |
| Date of Birth: | 08/24/1980 | Sex: M | Facility: | JCF |
| Note Date: | 01/03/2023 21:47 | Provider: Bale, Melanie [MB32] NP | Unit: | A |

MP UNR encounter performed at Clinic.

**Barriers to Communication:** Hearing Impaired

**Method of Communication:**

Voice Communication without Hearing Aid - DHH

**Acknowledgement of Communication:**

Verbally acknowledges communication was effective

Responded and/or asked appropriate questions

Repeated or rephrased information given

**Administrative Notes:**

ADMINISTRATIVE NOTE   1        Provider:  Bale, Melanie [MB32] NP

Patient seen in HC today r/t continued pain and discomfort on right side LE. Patient referred to MP by nursing.

Nursing completed assessment of patient and patient endorsed pain and discomfort, tenderness with palpation and with ROM.

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/03/2023 | 14:06 JCF | 98.1 | 36.7 | Oral | Ramos-Nunez, Email [ER6] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/03/2023 | 14:06 JCF | 56 | Via Machine | | Ramos-Nunez, Email [ER6] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/03/2023 | 14:06 JCF | 16 | Ramos-Nunez, Email [ER6] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/03/2023 | 14:06 JCF | 117/74 | Left Arm | Sitting | Adult-large | Ramos-Nunez, Email [ER6] |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/03/2023 | 14:06 JCF | 98 | | Ramos-Nunez, Email [ER6] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 01/03/2023 | 14:06 JCF | 159.0 | 72.1 | | Ramos-Nunez, Email [ER6] RN |

**ASSESSMENTS:**

Pain in right ankle and joints of right foot, M25.571 - Current, Temporary/Acute, Initial

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | Ibuprofen Oral Tablet 400 MG | 01/03/2023 21:47 | 01/03/2023 | 42 | 1 tab By Mouth three times daily x 14 day(s) - - DO not take with other NSAIDs including naproxen, mobic, or diclofenac. |

Indication:  Pain in right ankle and joints of right foot

| Offender Name: | REYES, TYRONE LEE | | | Off #: | 0266511 |
|---|---|---|---|---|---|
| Date of Birth: | 08/24/1980 | Sex: | M | Facility: | JCF |
| Note Date: | 01/03/2023 21:47 | Provider: | Bale, Melanie [MB32] NP | Unit: | A |

## New Radiology Request Orders:

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Lower Extremeties-Ankle [Right], General Radiology-Lower Extremeties-Foot [Right] | One Time | | 01/05/2023 | Routine |

        Authorization Number:

      Specific reason(s) for request (Complaints and findings):

           continued pain after twisting ankle two times

## PLAN:

**Disposition:**

    Education Provided

    Follow-up at Sick Call as Needed

    Kite PRN

**Other:**

    x ray of right ankle to be ordered, patient advised to take motrin ATC to help with swelling. Patient to be provided with ace wrap to continue providing ankle with support due to continued swelling and pain with ambulation. Patient verbalized understanding.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/03/2023 | Counseling | Access to Care | Bale, Melanie | Verbalizes Understanding |
| 01/03/2023 | Counseling | Plan of Care | Bale, Melanie | Verbalizes Understanding |

**Co-Pay Required:** No      **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Bale, Melanie [MB32] NP on 01/03/2023 21:52

You have received a **JPay** letter, the fastest way to get mail

From : TYRONE REYES, ID: 266511
To : Marjorie Toins, CustomerID: 2031960
Date : 2/3/2023 10:52:26 AM EST,   Letter ID: 1691825394
Location : TCF
Housing : AA088BOTA

To: Ms.Karmen Bussell, RN
     MDOC

From: Tyrone Reyes
       #266511 (JCF)

Date: Feb. 3rd, 2023

          Re: Complaint against HUM Landfair and JCF Medical Staff

          RN Bussell, I hope this reaches you in good health. I believe I was given swift attention when I sent you a complaint dated (1/3/23). Thank you, I was given a x-ray on (1/10/23 ). On (1/19/23), I was notified that I have a Lateral Malleolar fracture with soft tissue swelling. I was also notified that a orthopedic consultant was requested. It was stated in the provider note that I refused crutches, I did not refuse crutches, I alerted the provider that I have a bold right shoulder, in which I am awaiting to have surgery on it and it cannot withstand the pressure of the crutches.

          I've submitted several medical request kites to be treated for the pain, and a possible no work or light duty work detail, to no avail. Having to walk for several hours three times a day at work is possibly damaging an already fracture ankle. Scott Logan, M.D., recommended that a follow up radiographic evaluation in 10-14 days, MRI, or three phase bone scan would be recommended to exclude an occult fracture, if pain is persistent. In which, none has been done.

          RN Bussell, this is an ongoing issue at this facility, whereas medical kites is not being answered for weeks and sometimes months. Something that I can prove. I was recently called out and the nurse had four kites written over a period of three months. This is unacceptable, but nothing is being done. Nurses are being ordered to tell officers when they call on behalf of someone, that an offender has to fill out a medical kite if they're not bleeding or dying.

          Please look into why I'm not being treated properly and please look into this practice of not seeing offenders if they're not bleeding or dying. Thank you for your time in this matter.

yours truly,
Tyrone Reyes

EX TT

MICHIGAN DEPARTMENT OF CORRECTIONS                                    4835-42
**PRISONER/PAROLEE GRIEVANCE FORM**

Date Received at Step I _____   Grievance Identifier: | | | | | | | | | | | | |

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's |
|---|---|---|---|---|---|
| Tyrone L. Reed | _____ | Jur | A-5_ | 5-7-23 | 5-10-23 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? _____ 5-8-23
If none, explain why.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

_Tyrone L. Reed_
Grievant's Signature

RESPONSE (Grievant Interviewed?  ☐ Yes  ☐ No    If No, give explanation. If resolved, explain resolution.)

Respondent's Signature _____   Date _____   Reviewer's Signature _____   Date

Respondent's Name (Print) _____   Working Title _____   Reviewer's Name (Print) _____   Working Title

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | |
|---|---|---|
| | Grievant's Signature | Date |

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One: Goldenrod — Grievant

EXOU

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247-1004
CSJ-247A

Date Received at Step I _____   Grievance Identifier: |__|__|__|__|__|__|__|__|__|__|__|__|__|

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| | | | A - 5 | 5-11-23 | 5-13-23 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? _5-11-23_
If none, explain why.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

_____
Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No    If No, give explanation. If resolved, explain resolution.)

_____  _____    _____  _____
Respondent's Signature        Date        Reviewer's Signature        Date

_____  _____    _____  _____
Respondent's Name (Print)   Working Title   Reviewer's Name (Print)   Working Title

| Date Returned to Grievant: | If resolved at Step 1, Grievant sign here. Resolution must be described above. | |
|---|---|---|
| | Grievant's Signature | Date |

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

_Ex.VV_

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/04

Date Received at Step I _____ Grievance Identifier: | | | | | | | | | | | | |

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| | | | | 5-12 | 5-12-23 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? _____
If none, explain why.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

_____
Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No     If No, give explanation. If resolved, explain resolution.)

_____ _____     _____ _____
Respondent's Signature          Date          Reviewer's Signature          Date

_____ _____     _____ _____
Respondent's Name (Print)   Working Title   Reviewer's Name (Print)   Working Title

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | | |
|---|---|---|---|
| | | Grievant's Signature | Date |

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

STEP 1 / 2 GRIEVANCE
RECEIVED IN GRIEVANCE
JUN 0 2 2023
OFFICE ON

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I  6-2-23    Grievance Identifier: S C F 2 3 0 6 1 0 3 2 1 2 E 1

| Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library. |
|---|

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Tyrone Reyes | 266511 | JCF | I-68 | 5-24-23 | 5-28-23 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? **5-24-23**
If none, explain why. I have talked to and kited RN Salazaar and HUM Landfair several times to, no avail. On 5-24-23, it would be my second time trying to resolve the below issue, to no avail.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. On 5-24-23, I tried resolving my issue (Deliberate Indiffence) with HUM Landfair and RN Salazaar, to no avail.

Issue: I have asked both (Landfair)(Salazaar) to treat my right shoulder that I recently had surgery on. They refused and is intentionally being "Deliberate Indifference" to my medical need. This is causing further irreparable damage, in which I'm losing more and more mobility and strength. I am in severe pain daily and being refused treatment.

Violation: They're (Landfair)(Salazaar) violating policy and my federal rights of cruel and unusual punishment! Health Care policy and Inhumane treatment Policy. This is not untimely nor vague, therefore shall get processed. This needs to get investigated, so I can receive treatment.

Tyrone Reyes
Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☒ No   If No, give explanation. If resolved, explain resolution.)
See attached

STEP 1 / 2 GRIEVANCE
RECEIVED IN GRIEVANCE
JUN 2 0 2023
OFFICE ON

| Respondent's Signature | 6/16/23 Date | Reviewer's Signature | 6·16·23 Date |
|---|---|---|---|
| Alinda Florek Respondent's Name (Print) | RN Working Title | M. Hollister Reviewer's Name (Print) | RN13 Working Title |

| Date Returned to Grievant: 6-20-23 | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION: White, Green, Canary, Pink  Process to Step One  Goldenrod  Grievant

MICHIGAN DEPARTMENT OF
CORRECTIONS

CSJ-247S 3/18/2019

## STEP I GRIEVANCE RESPONSE SUPPLEMENTAL FORM
(Use if space on the CSJ-247A is insufficient for a full response by stating on the CSJ-247A "See attached CSJ-247S")

| Prisoner Last Name: | Prisoner #: | Lock/Location: | Grievance #: |
|---|---|---|---|
| Reyes | 266511 | 068/I | JCF-23-06-1032-12E1 |

| Prisoner Interviewed: | YES ☐ | NO ☒ | If "NO", Reason: | See Decision Summary for Reason |
|---|---|---|---|---|
| Extension Granted: | YES ☐ | NO ☒ | If "YES", Enter End Date: | Click or tap to enter a date. |

**COMPLAINT SUMMARY:**
Grievant with complaint that he was denied care for his right shoulder.

**INVESTIGATION SUMMARY:**
Electronic health record reviewed and it is noted grievant had surgery on the right shoulder. It is noted grievant has been evaluated by medical staff multiple times. Staff have offered pain management medications that were refused and denied.

**APPLICABLE POLICY, PROCEDURE, ETC.:**
P.D. 3.04.100

**DECISION SUMMARY:**
Review of the medical chart was completed. Grievant has been seen by medical staff multiple times. Pain management medications have been offered and refused by grievant. A request for an evaluation by a medical provider has been placed and is pending an appointment.

Grievance denied.

Interview not completed. No further information required.

| RESPONDENT NAME: | Alinda Florek | TITLE: | Registered Nurse |
|---|---|---|---|
| RESPONDENT SIGNATURE: | *Alinda Florek* | DATE: | 6/16/2023 |
| REVIEWER NAME: | Mandi Hollister | TITLE: | Registered Nurse Manager |
| REVIEWER SIGNATURE: | *M. Hollister RN* | DATE: | 6/16/2023 |

Distribution: Original - Step I Grievance Coordinator     Copies – 3 To Grievant (1 Prisoner Copy; 1 for Step II filing; 1 for Step III filing)

STEP 1/2 GRIEVANCE
RECEIVED IN GRIEVANCE

✗HID    EX6XX 7-116

MICHIGAN DEPARTMENT OF CORRECTIONS
PRISONER/PAROLEE GRIEVANCE FORM

4835-4247 10/94
CSJ-247A
D

Date Received at Step I  **06/13/23**   Grievance Identifier: **JCF 2310611110411261**

JUN 13 2023
OFFICE ON

| Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library. |

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Tyrone L. Reyes | 266511 | JCF | I-68 | 6-6-23 | 6-9-23 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? **6-6-23**
If none, explain why I tried resolving this issue with HUM Landfair and Medical Provider Jamsen to no avail. Nurses has also contacted them on my behalf on 6-7-23 while I was in H/C for an EKG, to no avail. This is not a duplicate of JCF 2023-06-1032-12E1

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. On 6-6-22 I tried resolving this issue with HUM Landfair and Provider Jamsen concerning my shoulder. New evidence: On 6-6-23, I was given a copy of requested medical records. It states: Return in about 6 wks (around 5-17-23), or if symptoms worsen or fail to improve. Nurse notified them of this on 6-7-23 Issue: (Deliberate Indifference) by HUM Landfair and Provider Jamsen delaying and/or not treating providing treatment to my shoulder, nor following clear instruction from surgeon. This is causing more harm to shoulder, in scer severe pain, including new pain symptoms from my right side of my neck to my wrist. Violation: (Landfair and Jamsen) violated H/C Policy, Inhumane treatment, federal rights of cruel and unusual punishment.

This is not untimely, vague and I tried resolving it, therefore this shall get processed. This needs investigated so I can receive that ment. Thank you!

*Tyrone Reyes*
Grievant's Signature

RESPONSE (Grievant Interviewed?   ☐ Yes  ☒ No   If No, give explanation. If resolved, explain resolution.)

See attached

STEP 1/2 GRIEVANCE
RECEIVED IN GRIEVANCE

JUN 29 2023

OFFICE ON

| | | | |
|---|---|---|---|
| *Alinda* (signature) | 6/27/23 | *M. Hollister RN* (signature) | 6-27-23 |
| Respondent's Signature | Date | Reviewer's Signature | Date |
| Alinda Florek | RN | M. Hollister | RN13 |
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: 6-29-23 | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |

DISTRIBUTION:  White, Green, Canary, Pink — Process to Step One: Goldenrod — Grievant

MICHIGAN DEPARTMENT OF
CORRECTIONS

CSJ-247S 3/18/2019

## STEP I GRIEVANCE RESPONSE SUPPLEMENTAL FORM
(Use if space on the CSJ-247A is insufficient for a full response by stating on the CSJ-247A "See attached CSJ-247S")

| Prisoner Last Name: | Prisoner #: | Lock/Location: | Grievance #: |
|---|---|---|---|
| Reyes | 266511 | 068/1 | JCF-23-06-1104-12D1 |

| Prisoner Interviewed: | YES ☐ | NO ☒ | If "NO", Reason: | See Decision Summary for Reason |
|---|---|---|---|---|
| Extension Granted: | YES ☐ | NO ☒ | If "YES", Enter End Date: | Click or tap to enter a date. |

**COMPLAINT SUMMARY:**
Grievant with complaint that he has not received appropriate care for his shoulder injury.

**INVESTIGATION SUMMARY:**
Electronic health record reviewed and it is noted grievant had a post operative appointment with the surgeon on 4/5/2023 where grievant indicated pain at the time was from the surgery itself. He decided to do rehab himself. Documentation was reviewed following the appointment on 4/5 and a second follow up appointment off-site was not deemed necessary at the time. A medical provider follow up to evaluate a need for a return visit to the surgeon or physical therapy has been requested and is pending scheduling.

**APPLICABLE POLICY, PROCEDURE, ETC.:**
P.D. 3.04.100

**DECISION SUMMARY:**
Review of the medical record was completed. A second follow up appointment with the surgeon was not deemed necessary during on-site medical provider review of follow up report. An on-site medical provider follow up appointment is pending scheduling to evaluate further treatment.

Grievance denied.

Interview not completed. No further information required.

| RESPONDENT NAME: | Alinda Florek | TITLE: | Registered Nurse |
|---|---|---|---|
| RESPONDENT SIGNATURE: | *[signature]* | DATE: | 6/27/2023 |
| REVIEWER NAME: | Mandi Hollister | TITLE: | Registered Nurse Manager |
| REVIEWER SIGNATURE: | *[signature]* | DATE: | 6/27/2023 |

Distribution:  Original - Step I Grievance Coordinator      Copies – 3 To Grievant (1 Prisoner Copy; 1 for Step II filing; 1 for Step III filing)

EX 44

MICHIGAN DEPARTMENT OF CORRECTIONS
**DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM**

CAR-100
4835-1100
10/08

Prisoners write clearly-illegible/incomplete forms will not be processed.

Date: 6-25-23

| Prisoner Number: | Prisoner's Last Name: | Institution: | Lock Number: |
|---|---|---|---|
| 266511 | Reyes | SRF | 7-116 |

Pay To: PBF

Address: G.C. Cobb, G. Roberts Cotton, Corr. Fac.
3500, N Elm Rd, Jackson, Mi 49201

Cost/Amount
$ .54

Reason/Description: (If to relative, identify relationship) Over size

**COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY**

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty. | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Grievance Concerning Property | | | | | | $ | $ |
| | (Legalwork, Mail, Paperwork, Book) | | | | | | | |
| | $ | | | | | | | |
| | Letter to Mr. Cobb | | | | | | | |
| | Concerning | | | | | | | |
| | JCF 2023/06/1032/12E1 | | | | | | | |
| | | | | | | | FUNDS DEDUCTED | |
| | | | | | | | JUN 27 2023 | |
| | | | | | | | SRF PRISONER ACCOUNTS | |

| | | |
|---|---|---|
| Sub-Total | $ | |
| Delivery Costs | $ | |
| Tax (if applicable) | $ | |
| Total Amount Enclosed | $ | |

Tyrone Reyes    6-26-23
Prisoner's Signature    Date

6/26/23
R.U.M. or Authorized Agent    Date

Deputy Warden or Authorized Agent    Date

Warden or Authorized Agent    Date

| | | |
|---|---|---|
| Code | Actual Expense | Batch Number |

Distribution: White-Business Office; Canary-Vendor; Pink-Property; Goldenrod-Prisoner

EX.22

To: Grievance Coord. Cobb

From: Tyrone Reyes, 266511 (SRF)

Date: 7-9-23

On 6-26-23, I mailed a letter
to you concern JCF 2023/06/1032/12E1 and
requested a Step II grievance also. I
have yet to receive a Step II form.

I also sent a letter concerning
property that's been held via N.O.I. and I
wrote a grievance on Dep Jared and H/ADW
Martin because I wrote them and heard nothing.
I gave consent to disregard the grievance
if I receive property. I have not receive
property, therefore I want a grievance
number.

Grievance (JCF-2023/06/1104/12D1)
was due 7-4-23. I need the response and
a Step II grievance form for this grievance too.

Please take care of this as
soon as this week.

EX. AAA

MICHIGAN DEPARTMENT OF CORRECTIONS

**DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM**

CAR-100
4835-1100
10/08

Prisoners write clearly-illegible/incomplete forms will not be processed.

Date: 7-9-23

| Prisoner Number: | Prisoner's Last Name: | Institution: | Lock Number: |
|---|---|---|---|
| 266511 | Reyes | SRF | 7-116 |

Pay To: PBF

Address: Grievance Coord. Cobb, G. Roberts Cotton Corr. Fac.

3500 N Elm, Jackson, MI, 49201

Cost/Amount

$ .63

Reason/Description: (If to relative, identify relationship)  Oversize

**COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY**

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Letter to G.C. Cobb | | | | | | $ | $ |
| | Concerning Step II forms | | | | | | | |
| | for JCF 2023/06/1033/12E1 | | | | | | | |
| | JCF 2023/06/1104/1201 | | | | | | | |
| | and | | | | | | | |
| | Step I grievance receipt | | | | | | | |
| | for property | | | | | **FUNDS DEDUCTED** | | |
| | | | | | | **JUL 1 1 2023** | | |
| | | | | | | **SRF PRISONER ACCOUNTS** | | |

Sub-Total          $ _____

Delivery Costs     $ _____

Tax (if applicable)  $ _____

Total Amount Enclosed  $ _____

| Reyes | 7-11-23 | | |
|---|---|---|---|
| Prisoner's Signature | Date | Deputy Warden or Authorized Agent | Date |
| | 7/11 | | |
| R.U.M. or Authorized Agent | Date | Warden or Authorized Agent | Date |

| | | |
|---|---|---|
| Code | Actual Expense | Batch Number |

Distribution: White-Business Office; Canary-Vendor; Pink-Property; Goldenrod-Prisoner

EXOBBE

To: G.C  Cobb,
    MDOC (JCF)

From: Tyrone L. Reyes,
      921611 (JCF)

Date: July 18th, 2023


        G.C  Cobb, acting designee as the grievance coord,
I have written several letters concerning step II grievance form
and I submitted another grievance on medical staff concerning
medical I & b/violation.  I have yet to receive any step II forms
or a receipt for the medical grievance I wrote on RN Florek and
RN hollister.  You and your office is violating and infringing on
my rights.  If I do not receive the above items, I will be forced
to file a complaint and/or grievance on your office.  I have sent
a letter/complaint to Grievance Mang.  Pursuit on this issue.

        Also enclosed is another grievance on RN Florek,
RN hollister, and Melinata.  I respectfully ask that you process
this grievance and send a receipt and a imprint of the things
that I addressed, thank you for your time in this matter.  I hope
to have this cleared up, before I have to filed more paperwork.

Sincerely,
Tyrone Reyes,



cc

ExoCCC

MICHIGAN DEPARTMENT OF CORRECTIONS
**DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM**

CAR-100
4835-1100
10/08

Prisoners write clearly-illegible/incomplete forms will not be processed.            Date: 7-18-23

| Prisoner Number: | Prisoner's Last Name: | Institution: | Lock Number: |
|---|---|---|---|
| 266511 | Reyes | SRF | 7-116 |

Pay To: PBF

Address: G.C. Crob or Designee, G.Robert Cotton Corr. Fac.     Cost/Amount

3500 N Elm Rd, Jackson Mi. 49201     $ .87

Reason/Description: (If to relative, identify relationship) Oversize

**COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY**

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| * | Grievance on RN Flick, RN Hollister, Wellpath | | | | | | $ | $ |
| | | | | | | | | |
| * | letter to G.C. Crob not receiving grievance receipt on grievance submitted on Hollister & Flick on 7-11-23, nor received any step II grievance form | | | | | | FUNDS DEDUCTED JUL 20 2023 | |
| | | | | | | | SRF PRISONER ACCOUNTS | |
| | | | | | | | | |

Sub-Total _____ $ _____
Delivery Costs _____ $ _____
Tax (if applicable) _____ $ _____
Total Amount Enclosed _____ $ _____

| Prisoner's Signature | Date | Deputy Warden or **Authorized Agent** | **Date** |
|---|---|---|---|
| R.U.M. or Authorized Agent | Date 7/20/23 | Warden or Authorized Agent | **Date** |

| | | |
|---|---|---|
| Code | Actual Expense | Batch Number |

**Distribution:** White-Business Office; Canary-Vendor; Pink-Property; Goldenrod-Prisoner

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I _1-25-23_     Grievance Identifier: |S|C|F|2|3|0|1| |0|1|9|3| |2|7|A|

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Tyrone L. Reyes | 266511 | JCF | A-56 | 1-17-23 | 1-21-23 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? _1-17-23_
If none, explain why.

Matter was looked into by ALJ and clarified, please see facts below.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

On the Date of Incident I requested video footage that Sgt. Holzschu did not clarify bottle found in grievant area was fermentated. After ALJ Sutherland reviewed video footage, it was determined that Sgt. Holzschu lied. Since alleging that he verified something, this meets the requirement of Civil Service Rule 47 that a State employee shall be terminated for falsifing of a State documents. Violating Policy and const. rights. Recommended Solution. I request that Sgt. Holzschu be terminated from employment for attempting to harm Me. I also _Tyrone L. Reyes_ fear for retaliation from his co-workers.

Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☒ No    If No, give explanation. If resolved, explain resolution.)

| Respondent's Signature | Date 1-25-23 | Reviewer's Signature | Date 1/25/23 |
|---|---|---|---|
| Respondent's Name (Print) T. Cobb | Working Title GC | Reviewer's Name (Print) T. Kiger | Working Title ADW |

| Date Returned to Grievant: 1-27-23 | If resolved at Step I, Grievant sign here. Resolution must be described above. | | |
|---|---|---|---|
| | | Grievant's Signature | Date |

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One: Goldenrod — Grievant