UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TYRONE L. REYES,<br>　　　　　　　　Plaintiff,<br>v.<br>FRIDD and POUPARD,<br>　　　　　　　　Defendants.<br>_____/ | Case No. 24-11243<br><br>Gershwin A. Drain<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

**ORDER RESOLVING MOTIONS (ECF Nos. 25, 27) and DIRECTING PLAINTIFF TO FILE A PROPERLY SIGNED COMPLAINT**

After the Court ordered Defendants to file a response to the complaint, defense counsel noticed that Plaintiff did not sign the original complaint, his purported power of attorney did. They moved to stay the Court's order for a response to the complaint. (ECF No. 25). Not desiring to violate the Federal Rules of Civil procedure, Plaintiff promptly moved for leave to file a duplicate copy of his complaint signed by himself. (ECF No. 27). He filed a document a few days later that appears to be just a signature block that he signed that perhaps is meant to be read with the complaint. (ECF No. 29).

Both motions are **GRANTED**. The Court is unsure what to make of Plaintiff's signature blocked filed after his motion, but in any event will not consider that document to be the duplicate complaint. Plaintiff must file a copy of his original complaint bearing his signature. This copy must be of the entire

complaint, not just the signature at the end.  He must file this copy **within 14 days** of this Order.  Defendants must file a response to that properly signed complaint within 21 days of service.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d).

Date: October 6, 2025                                   s/Curtis Ivy, Jr.
                                                        Curtis Ivy, Jr.
                                                        United States Magistrate Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on October 6, 2025.

                                                        s/Sara Krause
                                                        Case Manager
                                                        (810) 341-7850