UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE L. REYES,

Plaintiff,

Case No. 24-11243
U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

v.

TIMOTHY FRIDD, *et al.*,

Defendants.

_____________________________/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#37] AND DISMISSING CASE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(B)**

This matter is before the Court on Magistrate Judge Curtis Ivy, Jr.'s Report and Recommendation, dated May 15, 2026. Magistrate Judge Ivy recommends that the Court dismiss this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with the Court's orders. No party to this case has filed objections to the Report and Recommendation, and the time for doing so has expired. *See* 28 U.S.C. § 636(b)(1)(C).

Upon review of the record and the Report and Recommendation, the Court

finds that the Magistrate Judge reached the correct conclusion. Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Ivy's May 15, 2026 Report and Recommendation [#37] as this Court's findings of fact and conclusions of law.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), this case is DISMISSED WITH PREJUDICE for failure to prosecute and failure to comply with court orders.

SO ORDERED.

Dated: July 31, 2026

/s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 31, 2026, by electronic and/or ordinary mail.

/s/ Marlena Williams
Case Manager